## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kimberly A Bulow

                              Plaintiff,

v.                                                    Case No.: 1:23–cv–04739
                                                         Honorable Charles P. Kocoras

Board of Education City of Chicago

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2025:

      MINUTE entry before the Honorable Charles P. Kocoras: The Court reviewed the parties' joint status report [41]. An updated joint status report is due on 8/29/2025. The status report should address (1) the status of implementing the Illinois Appellate Court judgment, and (2) how Plaintiff intends to proceed with this lawsuit. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.